IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. C 13-4819 JSW (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DEPUTY RIDEAU, et al., | |
| Defendants. | |

     Plaintiff, an inmate in the San Francisco County Jail and frequent litigator in this Court, has recently filed this pro se civil rights case. On May 18, 2000, this Court informed Plaintiff that under the "three-strikes" provisions of 28 U.S.C. § 1915(g) he generally is ineligible to proceed *in forma pauperis* in federal court with civil actions filed while he is incarcerated. *See Grimes v. Oakland Police Dept.*, C 00-1100 CW (Order Dismissing Complaint, 5/18/00). Since then, Plaintiff has continued to file hundreds of civil rights actions seeking *in forma pauperis* status. With respect to each action filed, the Court conducts a preliminary review to assess the nature of the allegations and to determine whether Plaintiff alleges facts which bring him within the "imminent danger of serious physical injury" exception to § 1915(g). In the past, Plaintiff has routinely been granted leave to amend to pay the full filing fee and to state cognizable claims for relief, but he has habitually failed to do so. For example, in 2003 alone Plaintiff's failure to comply resulted in the dismissal of approximately thirty-six actions under § 1915(g).

1       In accord with this ongoing practice, the Court has reviewed the allegations in the
2  present action and finds that Plaintiff alleges no facts which bring him within the
3  "imminent danger" clause.  The complaint makes a number of highly implausible or
4  unintelligible allegations, such as "invasion of privacy with illegal telephone tooth chip
5  and imp. chip device with conspiracy intent."  Plaintiff has been informed on numerous
6  occasions that allegations such as these do not establish imminent danger nor do they
7  state cognizable claims for relief.  Therefore, it would be futile to grant Plaintiff leave to
8  amend.
9       Accordingly, this case is DISMISSED without prejudice under § 1915(g).  If
10 Plaintiff is so inclined, he may bring his claims in a new action accompanied by the
11 $400.00 filing fee.  In any event, the Court will continue to review under § 1915(g) all
12 future actions filed by Plaintiff while he is incarcerated in which he seeks *in forma*
13 *pauperis* status.
14      The Clerk of the Court shall close the files and terminate all pending motions in
15 the cases listed in the caption of this order.
16      IT IS SO ORDERED.
17 DATED:  November 15, 2013
18                                                    JEFFREY S. WHITE
                                                      United States District Judge

|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | FOR THE |
| 3 | | NORTHERN DISTRICT OF CALIFORNIA |

JEROME L. GRIMES,

        Plaintiff,

  v.

DEPUTY RIDEAU et al,

        Defendant.

        /

Case Number: CV13-04819 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes 911 CAD # 12223
San Francisco County Jail #5
Unit: 4B, Cell : 15
1 Moreland Drive
San Bruno, CA 94558

Dated: November 18, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk